**FORM 3**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GEO SPECIALTY CHEMICALS, INC.,    ) | |
|                 ) | |
|       **Plaintiff,**   ) | **SUMMONS** |
|                 ) | |
|       **v.**   ) | |
|                 ) | **Court No. 21-00614** |
| UNITED STATES,    ) | |
|                 ) | |
|       **Defendant.**   ) | |

TO:    The Attorney General and the Department of Commerce,

        **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below:



                                                  **/s/ Mario Toscano**
                                                  Clerk of the Court

---

### Name and Standing of Plaintiff

1.    The plaintiff is GEO Specialty Chemicals, Inc. ("GEO" or "Plaintiff").  GEO is a U.S. producer of the domestic like product and fully participated in the underlying U.S. Department of Commerce's glycine from India antidumping duty administrative review that resulted in the contested determination.  Plaintiff therefore is a party to the proceeding and is entitled to commence this civil action pursuant to 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a(a)(2)(B)(iii).

### Brief Description of Contested Determination

2.    Plaintiff contests aspects of the final results issued by the U.S. Department of Commerce, International Trade Administration of the antidumping duty administrative review as to glycine exports from India by Avid Organics Private Limited and Kumar Industries, India, published in the *Federal Register* as *Glycine From India: Final Results of Antidumping Duty Administrative Review; 2018–2020*, 86 Fed. Reg. 62,508 (November 10, 2021) (Case

No. A-533-883).  This Summons is filed within 30 days of the publication in the *Federal Register* of the final results and is thus timely pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I).

**Date of Determination**

3.      The underlying administrative determination was issued on November 5, 2021.

**Date of Publication in Federal Register of Notice of Contested Determination**

4.      The U.S. Department of Commerce published the final results in the *Federal Register* on November 10, 2021 (86 Fed. Reg. 62,508).


Respectfully submitted,

/s/ David M. Schwartz
David M. Schwartz
Meixuan (Michelle) Li
Samir D. Varma
Kerem Bilge
THOMPSON HINE LLP
1919 M Street, NW, Suite 700
Washington, DC  20036
(202) 263-4170
(202) 331-8330 fax
Email:  David.Schwartz@ThompsonHine.com

*Counsel for GEO Specialty Chemicals, Inc.*

December 7, 2021

**Form 3-2**

### SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is
commenced to contest a determination listed in section 516A(a)(2)
or (3) of the Tariff Act of 1930, the action is commenced by filing a
summons only, and the clerk of the court is required to make service
of the summons.  For that purpose, list below the complete name
and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
Room 346
New York, New York  10278

Supervising Attorney – Jeanne E. Davidson, Director
Commercial Litigation Branch
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC  20530

Robert Heilferty
Chief Counsel
Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC  20230

Leslie Kiernan
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th Street and Constitution Avenue, NW
Washington, DC  20230

## NOTICE TO INTERESTED PARTIES

I, David M. Schwartz of the law firm Thompson Hine, LLP, hereby certify that on December 7, 2021, pursuant to CIT Rule 3(f), I notified all interested parties who were a party to the underlying U.S. Department of Commerce antidumping duty administrative review by mailing copies of the foregoing Summons, Form 5, Form 13, and Forms 17, by certified mail, return receipt requested, and by email:

Arpit Bhargava
*Representative of Kumar Industries, India*
SBA Strategy Consulting LLP
1 "Vishwa Shila"
Pareek College Road
Bani Park Jaipur - 302016
INDIA
Phone: 911412205816
Email: arpit.bhargava@sbaconsulting.co.in

Dheeraj Jain
*Avid Organics Private Limited*
B-5, 2nd Floor, MadhuVihar,
I.P. Extension,
Delhi-110 092, INDIA
Phone: 9909019381
Email: avidorganics@gmail.com

**CERTIFICATE OF SERVICE**

I, David M. Schwartz of the law firm Thompson Hine, LLP, hereby certify that on December 7, 2021, copies of the foregoing Summons, Form 5, Form 13, and Forms 17, were served on the following parties by certified mail, return receipt requested:

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
Room 346
New York, New York  10278

Supervising Attorney – Jeanne E. Davidson, Director
Commercial Litigation Branch
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC  20530

Robert Heilferty
Chief Counsel
Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC  20230

Leslie Kiernan
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th Street and Constitution Avenue, NW
Washington, DC  20230

    /s/ David M. Schwartz
    David M. Schwartz